UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AVERY GLASS, Jr., | No. 2:22-cv-01383-KJM-JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2022, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations in which he says, in part, that he is retaining an attorney. *See* ECF No. 12 at 2. If petitioner's attorney wishes to file supplemental objections, the attorney may do so within 30 days, after which the court will take up the finding and recommendations.

DATED: January 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE