UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AVERY GLASS, Jr.,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PATRICK COVELLO,<br><br>　　　　Respondent. | Case No. 2:22-cv-01383-KJM-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 16 |

Petitioner has filed a motion for an extension of time to file supplemental objections to the November 3, 2022 findings and recommendations. ECF No. 16. Good cause appearing, it is hereby ORDERED that:

　　1. Petitioner's motion for an extension of time, ECF No. 16, is granted.

　　2. Petitioner is granted sixty days from issuance of this order to file supplemental objections to the November 3, 2022 findings and recommendations.

　　3. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated:　March 27, 2023

　　　　　　　　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE